# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In The Matter Of: | In Bankruptcy: |
| ERIKA S. GASKIN, | Case No. 13-45434-WSD |
| | Chapter 7 |
| | Hon. WALTER SHAPERO |
| Debtors. | |
| _____/ | |

## TRUSTEE'S MOTION TO DISMISS

Gene R. Kohut, Trustee, requests this Honorable Court enter an Order dismissing the above-entitled case and states as follows:

1. On March 19, 2013, the Debtor filed a voluntary petition In Pro Se under Chapter 7 of the Bankruptcy Code.

2. Notice was given in compliance with 11 U.S.C. §342 setting the creditors' meeting for April 25, 2013 at 12:00 p.m.

3. On April 25, 2013, the Debtor appeared, however, the Trustee requested copies of her pay advices, bank statements (January to March of 2013), and vehicle title. The Trustee adjourned the hearing until May 9, 2013 and instructed the Debtor to provide these documents prior to the adjourned hearing and to reappear for the purpose of testifying.

4. On May 9, 2013, the Debtor failed to provide the requested documents and reappear.

If the Debtor oppose the motion or seeks a hearing, the Debtor must file an objection or request for a hearing within fourteen (14) days from service of the motion.

**WHEREFORE,** Gene R. Kohut, Trustee, requests that this Court enter an Order, pursuant to 11 U.S.C. §707(a)(1), dismissing this case for the Debtor's failure to provide documents that the trustee requested and reappear at the adjourned hearing thus causing unreasonable delay that is prejudicial to creditors.

    Respectfully Submitted,

    /s/ Gene R. Kohut
    21 Kercheval Avenue, Suite 285

Dated: May 13, 2013

Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| In The Matter Of: | In Bankruptcy: |
| ERIKA S. GASKIN, | Case No. 13-45434-WSD |
| | Chapter 7 |
| | Hon. WALTER SHAPERO |
| Debtors. | |
| _____/ | |

## ORDER DISMISSING CASE

The Chapter 7 Trustee filed a Motion to Dismiss the above entitled case for the reasons set forth in the Trustee's Motion. No responses or objections were timely served. The court is fully advised of the facts;

**NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the above-entitled case is dismissed without prejudice.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

| In The Matter Of: | In Bankruptcy: |
|---|---|
| ERIKA S. GASKIN, | Case No. 13-45434-WSD<br>Chapter 7<br>Hon. WALTER SHAPERO |
| Debtors.<br>_____/ | |

## PROOF OF ORAL NOTICE OF TRUSTEE'S
## INTENT TO FILE MOTION TO DISMISS

Gene R. Kohut, Trustee, being duly sworn, deposes and states the following:

1. The Debtor failed to provide documents and reappear at the adjourned meeting of creditors' on May 9, 2013;

2. The Trustee made the following announcements at the meeting of creditors:

   a. That the Trustee is filing a Motion to Dismiss the case for the Debtor's failure to provide documents and reappear at the adjourned meeting of creditors' on May 9, 2013;
   b. That if a creditor opposes the motion or seeks a hearing, the creditor must file and serve on the Trustee an objection or request for a hearing within fourteen (14) days from the meeting; and
   c. That if an objection or request for a hearing is not timely filed and served, the Court may enter an Order dismissing the case without a hearing.

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: May 13, 2013

Subscribed and sworn to before
me this 13th day of May, 2013

/s/ Meghan A. Habib
Meghan A. Saur-Habib, Notary Public

State of Michigan, County of Macomb*
My commission expires: 11/25/2015
*Acting in the County of Wayne

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

**In The Matter Of:**          **In Bankruptcy:**

ERIKA S. GASKIN,               Case No. 13-45434-WSD
                               Chapter 7
                               Hon. WALTER SHAPERO

               Debtors.
_____/

## NOTICE OF TRUSTEE'S MOTION TO DISMISS

Gene R. Kohut, Trustee, filed a Motion to Dismiss.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, within fourteen (14) days, you or your attorney must:

1. File with the Court a written objection or request of a hearing, explaining your position, at:

**United States Bankruptcy Court**
**211 West Fort Street, Suite 2100**
**Detroit, Michigan 48226**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

**Gene R. Kohut, Trustee**
**21 Kercheval Avenue, Suite 285**
**Grosse Pointe Farms, MI 48236**

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.**

                                                Respectfully Submitted,

                                                /s/ Gene R. Kohut
                                                21 Kercheval Avenue, Suite 285

Dated: May 13, 2013

Grosse Pointe Farms, MI 48236  
Phone: (313) 886-9765  
E-mail: ecftrustee@gktrustee.com  
[P47413]

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

| | |
|---|---|
| **In The Matter Of:** | **In Bankruptcy:** |
| ERIKA S. GASKIN, | Case No. 13-45434-WSD |
| | Chapter 7 |
| | Hon. WALTER SHAPERO |
| Debtors. | |
| _____/ | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2013, I served the following Papers:

    Motion to Dismiss, proposed Order, Proof of Oral Notice, Notice of Motion, and Certificate of Service

on the following non-ECF party at this address:

    Erika S. Gaskin
    48761 Denton Rd.
    Apt. 24
    Belleville, MI 48111

by the following means:

    First Class Mail

                                       /s/ Meghan A. Habib
                                       21 Kercheval Avenue, Suite 285
                                       Grosse Pointe Farms, MI 48236
                                       Phone: (313) 886-9765
Dated: May 13, 2013                       E-mail: ecftrustee@gktrustee.com