# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**In the Matter of:**

                                                    Case No.:13-45434-wsd

    **Erika Gaskin,**                              Chapter   7

                                                   Hon. Walter Shapero

**Debtor.**

_____/

## ORDER TO RESCHEDULE § 341 MEETING OF CREDITORS

      This matter having come before this Court upon the filing of Debtors' Motion for Entry of Order to Rescheduling § 341 Meeting of Creditors, the Court being otherwise duly advised in the premises:

      **IT IS ORDERED** that the Debtor's Motion is hereby granted.

      **IT IS FURTHER ORDERED** that the Debtor shall contact Trustee, Gene Kohut at (313)886-9765 to discuss possible adjourned dates and serve notice of the new date and time for the § 341 Meeting of Creditors on the entire matrix.

**Signed on May 31, 2013**

                                                     **/s/ Walter Shapero**
                                   **Walter Shapero**
                                   **United States Bankruptcy Judge**